UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Hargis Justion Chadwick
and Teresa Geraldine Chadwick,

Case No.: 6:14-bk-12500-CCJ
Chapter 7

Debtors.
_____/

**UNITED STATES TRUSTEE'S MOTION
TO REOPEN CASE AND FOR APPOINTMENT OF A TRUSTEE**

Daniel M. McDermott, United States Trustee for Region 21, by and through his undersigned counsel, moves this Court to reopen this case pursuant to 11 U.S.C. § 350(b), and in support thereof states:

1.  On November 11, 2014, Hargis Justion Chadwick and Teresa Geraldine Chadwick ("Debtors"), filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code, thereby initiating the instant case.

2.  Dennis D. Kennedy ("Trustee") was appointed as the chapter 7 trustee.

3.  On January 6, 2015, the Trustee held and continued the § 341 Meeting of Creditors to January 20, 2015, when it was concluded.

4.  On February 18, 2015, the Trustee filed a Report of No Distribution

5.  On March 23, 2015, the Court entered an Order Approving Chapter 7 Trustee's Account, discharging Trustee and Closing Estate (Doc. 19).

6.  The former chapter 7 trustee has been notified of personal injury settlement involving Debtors that may be an asset of the estate.

7. Pursuant to 11 U.S.C. § 350(b), a case may be reopened "to administer assets, to accord relief to the debtor, or for other cause." If the instant case is reopened, funds may be available for distribution to creditors.

8. Pursuant to Federal Rule of Bankruptcy Procedure 5010, a trustee should be appointed upon the reopening of this case to protect the interests of creditors and the debtor, and to ensure efficient administration of the case.

WHEREFORE, the United States Trustee respectfully requests that the Court enter an order reopening the instant case pursuant to 11 U.S.C. § 350(b), directing the appointment of a chapter 7 trustee, and granting such other and further relief as is just and proper.

DATED: April 11, 2018.

Respectfully Submitted,

Daniel M. McDermott
United States Trustee
Region 21

 /s/  Jill E. Kelso
Jill E. Kelso, Trial Attorney
Florida Bar No.: 0578541
Office of the United States Trustee
U.S. Department of Justice
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6301, Ext. 137
Facsimile No.: (407) 648-6323
Email: jill.kelso@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, United States Trustee's Motion to Reopen Case and for Appointment of a Trustee, has been served on April 11, 2018, through CM/ECF on parties having appeared electronically in the instant matter, and by U.S. Mail on Hargis & Teresa Chadwick, 730 Hans Ave, Apopka, FL 32712.

 /s/  Jill E. Kelso
Jill E. Kelso, Trial Attorney